UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:   Easterling, Mark | CASE NO  18- 62196 |
| Debtor | CHAPTER:   7 |

MOTION TO QUASH GARNISHMENT

Comes now your applicant, Mark Easterling, by counsel, pursuant to Bankruptcy Code Section 362(a), and respectfully represents:

1. That your applicant has filed his petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by the General District Court of the County of Bedford, 123 E Main St. Bedford, VA 24523;

3. That said garnishment is in favor of Jormandy, LLC 6363 Center Drive, Bldg 6, Suite 203, Norfolk, VA 23502, and the last withholding made by your applicant's employer, Stericyle INC., 28161 Keith Drive, Lake Forest, IL 60045 occurred on **October 31, 2018** in the sum of $189.00 and is set to continue in an approximately like amount.

WHEREFORE, your applicant prays that said garnishment be quashed and that he have such other and further relief as the nature of his case may require.

Copies hereof are directed by mail to the debtor, creditor, and debtor's employer.

Respectfully submitted,

Mark Easterling


/s/ Linda G. Willis
By:  Linda G. Willis
Counsel for Debtor