| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Mark Andrew Easterling Sr.** | Social Security number or ITIN | **xxx–xx–5999** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Crystal Dickson Easterling** | Social Security number or ITIN | **xxx–xx–1779** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Virginia** | Date case filed for chapter | **7   11/5/18** |
| Case number: | **18–62196** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Mark Andrew Easterling Sr. | Crystal Dickson Easterling |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 8224 Goose Creek Valley Road<br>Montvale, VA 24122 | 8224 Goose Creek Valley Road<br>Montvale, VA 24122 |
| **4.** | **Debtor's attorney**<br>Name and address | Linda Gale Willis<br>307 West Main St.<br>Bedford, VA 24523 | Contact phone (540) 587–5548 |
| **5.** | **Bankruptcy trustee**<br>Name and address | Andrew S Goldstein(68)<br>PO Box 404<br>Roanoke, VA 24003–0404 | Contact phone 540–343–9800 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

Debtor **Mark Andrew Easterling Sr.** and **Crystal Dickson Easterling**  Case number **18–62196**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1101 Court St., Room 166<br>Lynchburg, VA 24504 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (434) 845–0317<br><br>Date: 11/5/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 11, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | Location:<br><br>**cr mtg, LYN, US Courthouse, Rm 210, 1101 Court St., Lynchburg, VA 24504** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/11/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                          Western District of Virginia
In re:                                                                Case No. 18-62196-rbc
Mark Andrew Easterling, Sr.                                           Chapter 7
Crystal Dickson Easterling
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0423-6          User: admin              Page 1 of 2              Date Rcvd: Nov 05, 2018
                              Form ID: 309A            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db/jdb         +Mark Andrew Easterling, Sr.,    Crystal Dickson Easterling,    8224 Goose Creek Valley Road,
                 Montvale, VA 24122-2715
tr              Andrew S Goldstein(68),    PO Box 404,    Roanoke, VA  24003-0404
4669293        +Bedford County Fire and Rescue,    P.O. Box 863,    Lewisville, NC 27023-0863
4669294        +Bedford Emerency Services,    122 East Main St,    Bedford, VA 24523-2000
4669302        +CMG Bedford,   P.O. Box 14099,    Belfast, ME 04915-4034
4669301        +CMG Bedford,   2010 Atherhold Rd.,    Lynchburg, VA 24501-1106
4669295        +Carilion Cl,   P.O. Box 13966,    Roanoke, VA 24038-3966
4669296        +Carilion Radiology Dept,    1906 Belleview Ave SE,    Roanoke, VA 24014-1838
4669297        +Carilion Roanoke Memorial,    1906 Belleview Ave,    Roanoke, VA 24014-1838
4669299         CashNetUSA,   P.O. Box 643990,    Cincinnati, IN 46264-3990
4669298        +Cashnet,   175 West Jackson Blvd,    Dallas, TX 75320-0001
4669300        +Centra,   PO BOX 79940,    Baltimore, MD 21279-0940
4669305        +Grace Care, LLC,    P.O. Box 1570,    Prince Frederick, MD 20678-1570
4669306        +Interim Health Care,    1013 E Main St,    Salem, VA 24153-4419
4669307        +Jormandy, LLC,    6363 Center Drive, Bldg 6,Suite 203,    Norfolk, VA 23502-4103
4669308        +Lewis Gale Physicians,    P.O. Box 668,    Brentwood, TN 37024-0668
4669310        +LewisGale Physicians,    P.O. Box 668,    Brentwood, TN 37024-0668
4669312        +Mr. Cooper,   8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4669314        +NPAS, Inc.,   P.O. Box 99400,    Louisville, KY 40269-0400
4669313        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
4669317         Radiology Associates of Roanoke,    P.O. Box 12668,    Roanoke, VA 24027-2668
4669318        +Roanoke General Surgery CC,    3 Riverside Circle,    Roanoke, VA 24016-4955
4669319        +SCA Credit Services, Inc.,    1502 Williamson Road NE,    Roanoke, VA 24012-5100
4669320        +Solstace Lab Partners,    P.O. Box 740777,    Cincinnati, OH 45274-0777
4669322        +Stericycle Inc,    28161 Keith Drive,    Lake Forest, IL 60045-4528
4669323        +Valley Anesthesia,    P.O. Box 13888,    Roanoke, VA 24038-3888
4669324        +Velocity Care,   46 Wesley Road,    Daleville, VA 24083-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lgwatty@verizon.net Nov 05 2018 22:27:54      Linda Gale Willis,
                 307 West Main St.,    Bedford, VA   24523
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Nov 05 2018 22:28:10      USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4669303        +EDI: CCS.COM Nov 06 2018 03:23:00      Creditors Collection Service,    725 Canton Street,
                 Norwood, MA 02062-2679
4669304        +Fax: 864-336-7400 Nov 05 2018 22:58:09      Express Check Advance,    586 Blue Ridge Avenue,
                 Bedford, VA 24523-2604
4669309        +EDI: HCA2.COM Nov 06 2018 03:28:00      LewisGale Medical Center LLC,    1900 Electric Road,
                 Salem, VA 24153-7494
4669311        +EDI: PARALONMEDCREDT Nov 06 2018 03:28:00      Medicredit, INC,    P.O. Box 1629,
                 Maryland Heights, MO 63043-0629
4669316         EDI: PRA.COM Nov 06 2018 03:23:00      Portfolio Recovery Associates, LLC,
                 Riverside Commerce Center,    120 Corporate Blvd,    Norfolk, VA 23502
4669321        +Fax: 336-217-7467 Nov 05 2018 22:37:56      Solstas Lab Partners (SLP),    PO Box 35907,
                 Greensboro, NC 27425-5907
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4669315*       +NPAS, Inc.,   P.O. Box 99400,    Louisville, KY 40269-0400
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0423-6          User: admin                Page 2 of 2            Date Rcvd: Nov 05, 2018
                              Form ID: 309A              Total Noticed: 35
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```